**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02969-GPG

MICHAEL WILLIAM HUNTER,

     Plaintiff,

v.

JARED POLIS, Governor, State of Colorado,
DEAN WILLIAMS, Executive Director, Colorado Department of Corrections,
WARDEN MATTHEW HANSON,
ACTING WARDEN JEFF LONG, Sterling Correctional Facility,
JANET SMITH, ADA Inmate Coordinator, Colorado Department of Corrections, and
ADRIENNE JACOBSON, Legal Services, Colorado Department of Corrections,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     Plaintiff's "Motion for Extension of Time" (ECF No. 6) is GRANTED IN PART as follows: Plaintiff shall have up to and including **December 30, 2019**, to file an amended complaint. Plaintiff is reminded that the action will be dismissed without further notice if he fails to file an amended complaint as previously directed within the time allowed.

Dated:  December 2, 2019

---